UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JPMORGAN CHASE BANK, | No. C 12-0941 MEJ |
|           Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| ELLIE SALGADO, | |
|           Defendant. | |
| _____/ | |

On February 24, 2012, Defendant Ellie Salgado removed this unlawful detainer action from Santa Cruz County Superior Court. However, an unlawful detainer action does not arise under federal law but is purely a creature of California law. *Wells Fargo Bank v. Lapeen*, 2011 WL 2194117, at *3 (N.D. Cal. June 6, 2011); *Wescom Credit Union v. Dudley*, 2010 WL 4916578, at *2 (C.D. Cal. Nov. 22, 2010). Thus, it appears that jurisdiction is lacking and the case should be remanded to state court. Accordingly, the Court ORDERS Defendant Ellie Salgado to show cause why this case should not be remanded to the Santa Cruz County Superior Court. Defendant shall file a declaration by March 15, 2012, and the Court shall conduct a hearing on March 29, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. In her declaration, Defendant must address how this Court has jurisdiction over Plaintiff's unlawful detainer claim. Defendant should be mindful that an anticipated federal defense is not sufficient to confer jurisdiction. *Franchise Tax Bd. of California v. Construction Laborers Vacation Trust*, 463 U.S. 1, 10 (1983).

**IT IS SO ORDERED.**

Dated: February 28, 2012

                                                       _____
                                                       Maria-Elena James
                                                     Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JPMORGAN CHASE BANK,

          Plaintiff,

  v.

ELLIE SALGADO,

          Defendant.

                                      /

Case Number: CV12-0941 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 28, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ellie Salgado
12330 1st Fork Rd
Los Gatos CA 95033

Dated: February 28, 2012

                                              Richard W. Wieking, Clerk
                                              By: Brenda Tolbert, Deputy Clerk